# FEDERAL PUBLIC DEFENDER

*Southern District of Texas*

Bentsen Tower
1701 W. Business Highway 83, Suite 405
McAllen, Texas 78501

| | |
|---|---|
| **FEDERAL PUBLIC DEFENDER:**<br>   MARJORIE A. MEYERS | **Telephone:**<br>(956) 630-2995 |
| **BRANCH CHIEF:**<br>   KYLE B. WELCH | **Fax:**<br>(956) 631-8647 |

September 17, 2019

**ATTENTION:**   DELIA S. RODRIGUEZ

**SUBJECT:**   **GUILTY PLEA**

The following individual is ready to plead guilty. Please set up for re-arraignment as soon as possible, at the Court's convenience. Final Pretrial is set for October 4, 2019 at 9:00 a.m. and Jury Selection is set for October 8, 2019 at 9:30 a.m. before the Honorable District Judge Randy Crane.

M-19-1645-01      Juan Marroquin-Vega
                 AUSA: Frances Blake
                 Deft. P/G to 1 Count Indictment
                 Single Defendant
                 Immigration - 8 U.S.C. § 1326

Respectfully,

 s/ Joe G. Jacinto
JOE G. JACINTO
Assistant Federal Public Defender

JGJ:jdlc
ECF: AUSA:  Frances Blake